```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                    JACKSON DIVISION
```

RANDALL RONDOWKSY FELDER, #86588                      PLAINTIFF

VERSUS                         CIVIL ACTION NO. 3:05cv646TSL-JCS

DANNY SMITH, City Judge for McComb, Mississippi       DEFENDANT

## FINAL JUDGMENT

This cause is before the court, <u>sua sponte</u>, for consideration of dismissal.  Pursuant to the opinion and order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed with prejudice since the defendant is immune from liability.

SO ORDERED AND ADJUDGED, this the <u> 11th    </u> day of January, 2007.


                              <u>  /s/ Tom S. Lee               </u>
                                 UNITED STATES DISTRICT JUDGE